395 A.2d 978

Commonwealth ex rel. Richardson et al. v. Richardson, Appellant.

Argued September

13, 1978.   Mary Bell Hammerman, for appellant;  M. Lawrence, with him Randolph Warden, for appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

Order affirmed.